**FILED**
May 4, 2011
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> v. ) <br> ) <br> NADIA KUZMENKO, ) <br> Defendant. ) <br> ) | Case No. MAG. 11-0129-EFB <br><br> ORDER FOR RELEASE OF <br> PERSON IN CUSTODY |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release NADIA KUZMENKO, Case No. MAG. 11-0129-EFB from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

   _X_   Release on Personal Recognizance

   ___   Bail Posted in the Sum of: $____

         ___   Co-Signed Unsecured Appearance Bond

         ___   Secured Appearance Bond

   _X_   (Other) Conditions as stated on the record.

   ___   (Other)

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at Sacramento, CA on 05-04-11 at 2:35 pm.

By _____
Edmund F. Brennan
United States Magistrate Judge