1  WILLIAM J. PORTANOVA, State Bar No. 106193
   Attorney at Law
2  400 Capitol Mall, Suite 1100
   Sacramento, CA 95814
3  (916) 444-7900
   (916) 444-7998 fax
4
   Attorney for Defendant Nadia Kuzmenko

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | **CASE NO.    11mj 0129 EFB** |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | **STIPULATION AND ORDER TO SUBSTITUTE THIRD PARTY RELEASE** |
| NADIA KUZMENKO, | ) | |
| Defendants. | ) | |

The undersigned parties hereby stipulate and request that Nikolei Kuzmenko be released from being third party custodian of Nadia Kuzmenko and that Anna Kuzmenko be substituted in as third party custodian.

Supervising assistant U.S. attorney Steven Lapham has no objection to this substitution nor does pre-trial services officer Becky Fidelman.

Anna Kuzmenko has been advised of her obligations and personal responsibilities in this matter by Officer Fidelman.

///

///

///

///

| | |
|---|---|
| DATED: May 6, 2011 | /s/ R. Stephen Lapham<br>_____<br>R. STEPHEN LAPHAM<br>SUPERVISING ASSISTANT U.S. ATTORNEY |
| DATED: May 6, 2011 | /s/ William J. Portanova<br>_____<br>WILLIAM J. PORTANOVA<br>ATTORNEY FOR JOSEPH GALLO |

**IT IS SO ORDERED**.

DATED: May 6, 2011.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE