1  WILLIAM J. PORTANOVA, State Bar No. 106193
   Attorney at Law
2  400 Capitol Mall, Suite 1100
   Sacramento, CA 95814
3  (916) 444-7900
   (916) 444-7998 fax
4  portanova@thelawoffices.com

5  Attorney for Defendant Nadia Kuzmenko

6

7

8

9                      UNITED STATES DISTRICT COURT

10                    EASTERN DISTRICT OF CALIFORNIA

11

12  UNITED STATES OF AMERICA         )    CASE NO.     2:11-mj-00129-EFB
                                     )
13              Plaintiff,           )
                                     )    STIPULATION AND
14        v.                         )    (PROPOSED) ORDER
                                     )    TO CONTINUE
15  NADIA KUZMENKO,                  )    DETENTION HEARING
                                     )
16              Defendant.           )
    _____ )
17

18

19        With the Court's permission, the defendant, Nadia Kuzmenko, requests, and the

20  government agrees to continue the detention hearing in the above-referenced matter to May 17,

    2011 at 2:00 p.m.  Time is excluded pursuant to all applicable rules.
21

22                                        /s/ William J. Portanova
    DATED: May 11, 2011                   _____
23                                        WILLIAM J. PORTANOVA
                                          Attorney for Defendant Dustin Cassady
24
                                          /s/ R. Stephen Lapham
25  DATED: May 11, 2011                   _____
                                          R. STEPHEN LAPHAM
26                                        Assistant United States Attorney
    IT IS SO ORDERED.
27

28  DATED: May 11, 2011                   /s/ Kendall J. Newman
                                          THE HON. KENDALL J. NEWMAN
                                          United States District Court