1  WILLIAM J. PORTANOVA, State Bar No. 106193
   Attorney at Law
2  400 Capitol Mall, Suite 1100
   Sacramento, CA 95814
3  (916) 444-7900
   (916) 444-7998 fax
4  portanova@thelawoffices.com

5  Attorney for Defendant Nadia Kuzmenko

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>NADIA KUZMENKO, )<br>)<br>Defendant. )<br>_____ ) | CASE NO.   2:11-mj-00129-EFB<br><br>**STIPULATION AND<br>(PROPOSED) ORDER<br>TO CONTINUE<br>DETENTION HEARING** |

   With the Court's permission, the defendant, Nadia Kuzmenko, requests, and the government agrees to continue the detention hearing in the above-referenced matter to May 17, 2011 at 2:00 p.m. Time is excluded pursuant to all applicable rules.

DATED: May 11, 2011
/s/ William J. Portanova
_____
WILLIAM J. PORTANOVA
Attorney for Defendant Dustin Cassady

DATED: May 11, 2011
/s/ R. Stephen Lapham
_____
R. STEPHEN LAPHAM
Assistant United States Attorney

**IT IS SO ORDERED**.

DATED: May 11, 2011
/s/ Kendall J. Newman
**THE HON. KENDALL J. NEWMAN**
United States District Court