UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

**FILED**

May 18, 2011

CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 2:11-CR-00210-JAM-2 |
| Plaintiff, ) | |
| v. ) | AMENDED |
| ) | ORDER FOR RELEASE OF |
| NADIA KUZMENKO, ) | PERSON IN CUSTODY |
| ) | |
| Defendant. ) | |

TO:    UNITED STATES MARSHAL:

This is to authorize and direct you to release NADIA KUZMENKO, Case No. 2:11-CR-00210-JAM-2, Charge Title 18 USC §§ 1343; 1341; 2; 1512, from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

_____    Release on Personal Recognizance

_✔_    Bail Posted in the Sum of $ 250,000 (partially secured in two weeks by by defendant's husband, Matthew Reyes' assets)

    _✔_    Remainder to be an Unsecured Appearance Bond (co-signed)

    ___    Appearance Bond with 10% Deposit

    ___    Appearance Bond with Surety

    ___    Corporate Surety Bail Bond

    _✔_    (Other)    With pretrial supervision and conditions of release as stated on the record in open court.

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at  Sacramento, CA  on  May 18, 2011  at  10:00  am .

By  _____

Dale A. Drozd
United States Magistrate Judge