```
                                                              FILED
                                                           May 18, 2011
           UNITED STATES DISTRICT COURT FOR THE       CLERK, US DISTRICT COURT
                                                        EASTERN DISTRICT OF
                                                            CALIFORNIA
              EASTERN DISTRICT OF CALIFORNIA
                                                            DEPUTY CLERK
```

UNITED STATES OF AMERICA,  )
                                     )    Case No. 2:11-CR-00210-JAM-2
        Plaintiff,              )
v.                                  )    AMENDED
                                   )    ORDER FOR RELEASE OF
NADIA KUZMENKO,          )    PERSON IN CUSTODY
                                   )
        Defendant.            )

TO:     UNITED STATES MARSHAL:

This is to authorize and direct you to release NADIA KUZMENKO, Case No. 2:11-CR-00210-JAM-2, Charge Title 18 USC §§ 1343; 1341; 2; 1512, from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

     __    Release on Personal Recognizance

     ✔    Bail Posted in the Sum of $ 250,000 (partially secured in two weeks by by defendant's husband, Matthew Reyes' assets)

           ✔    Remainder to be an Unsecured Appearance Bond (co-signed)

           __    Appearance Bond with 10% Deposit

           __    Appearance Bond with Surety

           __    Corporate Surety Bail Bond

           ✔    (Other)    With pretrial supervision and conditions of release as stated on the record in open court.

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at Sacramento, CA on May 18, 2011 at 10:00 am.

By   /s/ Dale A. Drozd
       Dale A. Drozd
       United States Magistrate Judge