JOHN R. MANNING (SBN 220874)
ATTORNEY AT LAW
1111 H Street, # 204
Sacramento, CA. 95814
(916) 444-3994
Fax (916) 447-0931

Attorney for Defendant
EDWARD SHEVTSOV

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>VERA KUZMENKO, et al.,<br><br>Defendants. | ) No. CR-S-11-210 JAM<br>)<br>)<br>) STIPULATION AND<br>) CONTINUING STATUS CONFERENCE<br>)<br>)<br>) Date:  August 30, 2011<br>) Time:  9:30 a.m.<br>) Judge:  Honorable John A. Mendez<br>)<br>)<br>)<br>) |

IT IS HEREBY stipulated between the United States of America through its undersigned counsel, R. Steven Lapham, Assistant United States Attorney, together with counsel for defendant Vera Kuzmenko, Patrick K. Hanly, Esq., counsel for defendant Nadia Kuzmenko, William J. Portanova, Esq., counsel for defendant Aaron New, Hayes H. Gable, III, Esq., counsel for defendant Edward Shevtsov, John R. Manning, Esq., counsel for defendant Peter Kuzmenko, Joseph J. Wiseman, counsel for defendant Sergey Blizenko, Michael D. Long, Esq., and counsel for defendant Vanik Atoyan, Gary A. Talesfore, Esq., that the status conference presently set for July 12, 2011 be **continued to August 30, 2011, at 9:30 a.m.,** thus **vacating** the presently set status conference.

Further, all of the parties, the United States of America and all of the defendants as stated above, hereby agree and stipulate that the ends of justice served by the granting of such a continuance outweigh the best interests of the public and the defendants in a speedy trial and that

1

PDF created with pdfFactory trial version www.pdffactory.com

1  time under the Speedy Trial Act should therefore be excluded under Title 18, United States Code

2  Section 3161(h)(7)(A) and (B)(ii) and (iv), corresponding to Local Codes T-2 (unusual or

3  complex case) and T-4 (to allow defense counsel time to prepare) from the date of the parties'

4  stipulation, July 11, 2011, to and including August 30, 2011. This is based on the complexity of

5  the case, including over 29,000 pages of discovery and the fact there are seven co-defendants.

6  The defense requests more time to review the discovery and conduct investigation.

7  IT IS SO STIPULATED.

8  Dated: July 8, 2011                                           /s/  Patrick K. Hanley
9                                                                PATRICK K. HANLEY
                                                                Attorney for Defendant
10                                                               Vera Kuzmenko

11 Dated: July 8, 2011                                           /s/  William J. Portanova
12                                                               WILLIAM J. PORTANOVA
                                                                Attorney for Defendant
13                                                               Nadia Kuzmenko

14 Dated: July 8, 2011                                           /s/  Hayes H. Gable, III
15                                                               HAYES H. GABLE, III
                                                                Attorney for Defendant
16                                                               Aaron New

17 Dated: July 8, 2011                                           /s/  John R. Manning
18                                                               JOHN R. MANNING
                                                                Attorney for Defendant
19                                                               Edward Shevtsov

20 Dated: July 8, 2011                                           /s/  Joseph J. Wiseman
21                                                               JOSEPH J. WISEMAN
                                                                Attorney for Defendant
22                                                               Peter Kuzmenko

23 Dated: July 8, 2011                                           /s/  Michael D. Long
24                                                               MICHAEL D. LONG
                                                                Attorney for Defendant
25                                                               Sergey Blizenko

26 Dated: July 8, 2011                                           /s/  Gary A. Talesfore
27                                                               GARY A, TALESFORE
                                                                Attorney for Defendant
28                                                               Vanik Atoyan

PDF created with pdfFactory trial version www.pdffactory.com

1

2

3    Dated: July 8, 2011                                    Benjamin B. Wagner
                                                            United States Attorney
4

5                                                    by:    /s/ R. Steven Lapham
                                                            R. STEVEN LAPHAM
6                                                           Assistant U.S. Attorney

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

PDF created with pdfFactory trial version www.pdffactory.com

1

2    JOHN R. MANNING (SBN 220874)
     ATTORNEY AT LAW
3    1111 H Street, # 204
4    Sacramento, CA. 95814
     (916) 444-3994
5    Fax (916) 447-0931

6
     Attorney for Defendant
7    EDWARD SHEVTSOV

8                    IN THE UNITED STATES DISTRICT COURT
                 FOR THE EASTERN DISTRICT OF CALIFORNIA
9

10

11   UNITED STATES OF AMERICA,          )   No. CR-S-11-210 JAM
                                         )
12          Plaintiff,                   )   ORDER TO
                                         )    CONTINUE STATUS CONFERNCE
13   v.                                  )
                                         )
14   VERA KUZMENKO, et al.,              )
                                         )
15                                       )
            Defendants.                  )
16                                       )
                                         )
17                                       )
                                         )
     _____
18

19
            GOOD CAUSE APPEARING, it is hereby ordered that the July 12, 2011 status
20
     conference be continued to August 30, 2011 at 9:30 a.m.  I find that the ends of justice warrant
21
     an exclusion of time and that the defendant's need for continuity of counsel and reasonable time
22
     for effective preparation exceeds the public interest in a trial within 70 days.  THEREFORE IT
23
     IS FURTHER ORDERED that time be excluded pursuant to 18 U.S.C. § 3161(h)(7)(A) and
24
     (B)(ii) and (iv) and Local Codes T2 (unusual and complex case) and T4 (preparation by defense
25
     counsel).
26
     IT IS SO ORDERED.

27   Dated: 7/11/11                          /s/ John A. Mendez
                                             Hon. John A. Mendez
28                                           United States District Court Judge

                                          4

PDF created with pdfFactory trial version www.pdffactory.com