WILLIAM J. PORTANOVA, State Bar No. 106193
Attorney at Law
400 Capitol Mall, Suite 1100
Sacramento, CA 95814
(916) 444-7900
(916) 444-7998 fax
portanova@thelawoffices.com

Attorney for Defendant Nadia Kuzmenko

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | CASE NO.   2:11-cr-210-JAM |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | **STIPULATION AND ORDER TO MODIFY SPECIAL CONDITIONS OF PRETRIAL RELEASE** |
| NADIA KUZMENKO, | ) | |
| Defendant. | ) | Date:   08/30/11<br>Time:   9:30 a.m. |

Defendant, Nadia Kuzmenko, through her counsel, and the United States, through its counsel, hereby stipulate and request that the Special Conditions of Pretrial Release for Nadia Kuzmenko be amended so as to remove Condition no. 8 which states:

> "You shall participate in a program of medical or psychiatric treatment, including treatment for drug or alcohol dependency, as approved by the pretrial services officer"

According to U.S. Pretrial Services Officer Becky Fidelman, the need for counseling has passed. All other terms and conditions of pretrial release are to remain in effect.

///

///

///

1  IT IS SO STIPULATED.

2

3  DATED: July 14, 2011           /s/ Steve Lapham
                                  STEVE LAPHAM
4                                 Assistant United States Attorney

5

6  DATED: July 14, 2011           /s/ William J. Portanova
                                  WILLIAM J. PORTANOVA
7                                 Attorney for Defendant Nadia Kuzmenko

8

9
   **IT IS SO ORDERED.**
10

11 **DATED:   7/15/2011**          /s/ John A. Mendez
                                   **THE HON. JOHN A. MENDEZ**
12                                 **United States District Court**

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28