JOHN R. MANNING (SBN 220874)
ATTORNEY AT LAW
1111 H Street, # 204
Sacramento, CA. 95814
(916) 444-3994
Fax (916) 447-0931

Attorney for Defendant
EDWARD SHEVTSOV

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>v.<br><br>VERA KUZMENKO, et al.,<br><br>　　　　Defendants. | No. CR-S-11-210 JAM<br><br>STIPULATION AND ORDER<br>CONTINUING STATUS CONFERENCE<br><br>Date: October 11, 2011<br>Time: 9:30 a.m.<br>Judge: Honorable John A. Mendez |

　　　　IT IS HEREBY stipulated between the United States of America through its undersigned counsel, R. Steven Lapham, Assistant United States Attorney, together with counsel for defendant Vera Kuzmenko, Patrick K. Hanly, Esq., counsel for defendant Nadia Kuzmenko, William J. Portanova, Esq., counsel for defendant Aaron New, Hayes H. Gable, III, Esq., counsel for defendant Edward Shevtsov, John R. Manning, Esq., counsel for defendant Peter Kuzmenko, Michael L. Chastaine, counsel for defendant Sergey Blizenko, Michael D. Long, Esq., and counsel for defendant Vanik Atoyan, Gary A. Talesfore, Esq., that the status conference presently set for August 30, 2011 be **continued to October 11, 2011, at 9:30 a.m.,** thus **vacating** the presently set status conference. Defendant Nadia Kuzmenko and her attorney, William Portanova, Esq., wish to remain on calendar for a substitution of attorney.

　　　　Further, all of the parties, the United States of America and all of the defendants as stated

PDF created with pdfFactory trial version www.pdffactory.com

above, hereby agree and stipulate that the ends of justice served by the granting of such a continuance outweigh the best interests of the public and the defendants in a speedy trial and that time under the Speedy Trial Act should therefore be excluded under Title 18, United States Code Section 3161(h)(7)(A) and (B)(ii) and (iv), corresponding to Local Codes T-2 (unusual or complex case) and T-4 (to allow defense counsel time to prepare) from the date of the parties' stipulation, August 25, 2011, to and including October 11, 2011. This is based on the complexity of the case, including over 29,000 pages of discovery and the fact there are seven co-defendants. The defense requests more time to review the discovery and conduct investigation.

IT IS SO STIPULATED.

Dated: August 25, 2011          /s/  Patrick K. Hanley
                                PATRICK K. HANLEY
                                Attorney for Defendant
                                Vera Kuzmenko

Dated: August 25, 2011          /s/  William J. Portanova
                                WILLIAM J. PORTANOVA
                                Attorney for Defendant
                                Nadia Kuzmenko

Dated: August 25, 2011          /s/  Hayes H. Gable, III
                                HAYES H. GABLE, III
                                Attorney for Defendant
                                Aaron New

Dated: August 25, 2011          /s/  John R. Manning
                                JOHN R. MANNING
                                Attorney for Defendant
                                Edward Shevtsov

Dated: August 25, 2011          /s/  Michael L. Chastaine
                                MICHAEL L. CHASTAINE
                                Attorney for Defendant
                                Peter Kuzmenko

Dated: August 25, 2011          /s/  Michael D. Long
                                MICHAEL D. LONG
                                Attorney for Defendant
                                Sergey Blizenko

PDF created with pdfFactory trial version www.pdffactory.com

| | |
|---|---|
| Dated: August 25, 2011 | /s/  Gary A. Talesfore |
| | GARY A, TALESFORE |
| | Attorney for Defendant |
| | Vanik Atoyan |

| | | |
|---|---|---|
| Dated: August 25, 2011 | | Benjamin B. Wagner |
| | | United States Attorney |
| | by: | /s/ R. Steven Lapham |
| | | R. STEVEN LAPHAM |
| | | Assistant U.S. Attorney |

PDF created with pdfFactory trial version www.pdffactory.com

JOHN R. MANNING (SBN 220874)
ATTORNEY AT LAW
1111 H Street, # 204
Sacramento, CA. 95814
(916) 444-3994
Fax (916) 447-0931

Attorney for Defendant
EDWARD SHEVTSOV

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>VERA KUZMENKO, et al.,<br><br>    Defendants. | No. CR-S-11-210 JAM<br><br>ORDER TO<br>CONTINUE STATUS CONFERNCE |

   GOOD CAUSE APPEARING, it is hereby ordered that the August 30, 2011 status conference be continued to October 11, 2011 at 9:30 a.m.  I find that the ends of justice warrant an exclusion of time and that the defendant's need for continuity of counsel and reasonable time for effective preparation exceeds the public interest in a trial within 70 days.  THEREFORE IT IS FURTHER ORDERED that time be excluded pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(ii) and (iv) and Local Codes T2 (unusual and complex case) and T4 (preparation by defense counsel).

IT IS SO ORDERED.

Dated: August 26, 2011                    /s/ John A. Mendez
                                          John A. Mendez
                                          United States District Court Judge

4

PDF created with pdfFactory trial version www.pdffactory.com