UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:11-CR-00210 JAM |
| Plaintiff, | |
| v. | |
| VERA KUZMENKO, NADIA KUZMENKO, aka NADIA REYES, AARON NEW, VENIAMIN MARKEVICH, aka BEN MARKEVICH, EDWARD SHEVTSOV, PETER KUZMENKO, SERGEY BLIZENKO, VANIK ATOYAN, RACHEL SIDERS, LEAH ISOM, | RELATED CASE ORDER |
| Defendants. | |
| UNITED STATES OF AMERICA, | |
| Plaintiff, | |
| v. | Case No. 2:11-CR-00467 LKK |
| ZHORA DARMOYAN, MARAT GALOYAN, MARTIN ATOYAN, and KRISTINE ATOYAN, | |
| Defendants. | |

Examination of the above-entitled actions reveals that these actions are related within the meaning of Local Rule 123(E.D. Cal. 2005). Accordingly, the assignment of the matters to the same judge is likely to affect a substantial savings of judicial effort

1

PDF created with pdfFactory trial version www.pdffactory.com

1  and is also likely to be convenient for the parties.
2       The parties should be aware that relating the cases under
3  Local Rule 123 merely has the result that these actions are
4  assigned to the same judge; no consolidation of the actions is
5  effected.
6       IT IS THEREFORE ORDERED that the action denominated 2:11-CR-
7  00467 LKK be reassigned to Judge John A. Mendez for all further
8  proceedings, and any dates currently set in this reassigned case
9  <u>only</u> are hereby VACATED.  Henceforth, the caption on documents
10 filed in the reassigned cases shall be shown as 2:11-CR-00467 JAM.
11      IT IS FURTHER ORDERED that the Clerk of the Court make
12 appropriate adjustment in the assignment of civil cases to
13 compensate for this reassignment.
14      IT IS SO ORDERED.
15 Dated: November 14, 2011.
16
17                              /s/ John A. Mendez_____
                                U. S. DISTRICT COURT JUDGE
18
19
20
21
22
23
24
25
26
27
28

2

PDF created with pdfFactory trial version www.pdffactory.com