JOHN R. MANNING (SBN 220874)
ATTORNEY AT LAW
1111 H Street, # 204
Sacramento, CA. 95814
(916) 444-3994
Fax (916) 447-0931

Attorney for Defendant
EDWARD SHEVTSOV

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR-S-11-210 JAM |
| Plaintiff, | |
| v. | STIPULATION AND ORDER CONTINUING STATUS CONFERENCE |
| VERA KUZMENKO, et al., | |
| Defendants. | Date: March 20, 2012 |
| | Time: 9:30 a.m. |
| | Judge: Honorable John A. Mendez |

IT IS HEREBY stipulated between the United States of America through its undersigned counsel, R. Steven Lapham, Assistant United States Attorney, together with counsel for defendant Vera Kuzmenko, Bruce Locke, Esq., counsel for defendant Nadia Kuzmenko, aka Nadia Reyes, Scott L. Tedmon, Esq., counsel for defendant Aaron New, Hayes H. Gable, III, Esq., counsel for defendant Edward Shevtsov, John R. Manning, Esq., counsel for defendant Peter Kuzmenko, Michael L. Chastaine, counsel for defendant Sergey Blizenko, Michael D. Long, Esq., counsel for defendant Vanik Atoyan, Gary A. Talesfore, Esq., counsel for defendant Rachel Siders, Eduardo G. Roy, Esq., and counsel for defendant Leah Isom, Candace A. Fry, Esq., that the status conference presently set for January 24, 2012 be **continued to March 20, 2012, at 9:30 a.m.,** thus **vacating** the presently set status conference.

Further, all of the parties, the United States of America and all of the defendants as stated

1

PDF created with pdfFactory trial version www.pdffactory.com

above, hereby agree and stipulate that the ends of justice served by the granting of such a continuance outweigh the best interests of the public and the defendants in a speedy trial and that time under the Speedy Trial Act should therefore be excluded under Title 18, United States Code Section 3161(h)(7)(A) and (B)(ii) and (iv), corresponding to Local Codes T-2 (unusual or complex case) and T-4 (to allow defense counsel time to prepare) from the date of the parties' stipulation, January 19, 2012, to and including March 20, 2012. This is based on the complexity of the case, including over 35,000 pages of discovery and the fact there are nine co-defendants. The defense requests more time to review the discovery and conduct investigation.

IT IS SO STIPULATED.

Dated: January 19, 2012                    /s/  Bruce Locke
                                           BRUCE LOCKE
                                           Attorney for Defendant
                                           Vera Kuzmenko

Dated: January 19, 2012                    /s/  Scott L. Tedmon
                                           SCOTT L. TEDMON
                                           Attorney for Defendant
                                           Nadia Kuzmenko,
                                           aka Nadia Reyes

Dated: January 19, 2012                    /s/  Hayes H. Gable, III
                                           HAYES H. GABLE, III
                                           Attorney for Defendant
                                           Aaron New

Dated: January 19, 2012                    /s/  John R. Manning
                                           JOHN R. MANNING
                                           Attorney for Defendant
                                           Edward Shevtsov

Dated: January 19, 2012                    /s/  Michael L. Chastaine
                                           MICHAEL L. CHASTAINE
                                           Attorney for Defendant
                                           Peter Kuzmenko

Dated: January 19, 2012                    /s/  Michael D. Long
                                           MICHAEL D. LONG
                                           Attorney for Defendant
                                           Sergey Blizenko

PDF created with pdfFactory trial version www.pdffactory.com

Dated: January 19, 2012                          /s/  Gary A. Talesfore
                                                 GARY A, TALESFORE
                                                 Attorney for Defendant
                                                 Vanik Atoyan

Dated: January 19, 2012                          /s/  Eduardo G. Roy
                                                 EDUARDO G. ROY
                                                 Attorney for Defendant
                                                 Rachel Siders

Dated: January 19, 2012                          /s/  Candace A. Fry
                                                 CANDACE A. FRY
                                                 Attorney for Defendant
                                                 Leah Isom


Dated: January 19, 2012                          Benjamin B. Wagner
                                                 United States Attorney

                                      by:        /s/ R. Steven Lapham
                                                 R. STEVEN LAPHAM
                                                 Assistant U.S. Attorney

PDF created with pdfFactory trial version www.pdffactory.com

1   JOHN R. MANNING (SBN 220874)
    ATTORNEY AT LAW
2   1111 H Street, # 204
    Sacramento, CA. 95814
3   (916) 444-3994
    Fax (916) 447-0931
4

5   Attorney for Defendant
    EDWARD SHEVTSOV
6

7                    IN THE UNITED STATES DISTRICT COURT
8                   FOR THE EASTERN DISTRICT OF CALIFORNIA

9

10  UNITED STATES OF AMERICA,          )   No. CR-S-11-210 JAM
                                       )
11          Plaintiff,                 )
                                       )   ORDER TO
12  v.                                 )   CONTINUE STATUS CONFERNCE
                                       )
13  VERA KUZMENKO, et al.,             )
                                       )
14                                     )
            Defendants.                )
15                                     )
                                       )
16                                     )
                                       )
17  _____

18      GOOD CAUSE APPEARING, it is hereby ordered that based on the stipulation of the

19  parties, the Court finds that this case is unusual and complex and that it is unreasonable to expect

20  adequate preparation for pretrial proceedings and trial itself within the time limits established in

21  18 U.S.C. § 3161.  In addition, the Court specifically finds that the failure to grant a continuance

22  in  this case would deny defense counsel to this stipulation reasonable time necessary for

23  effective preparation, taking into account the exercise of due diligence.  The Court finds that the

24  ends of justice to be served by granting the requested continuance outweigh the best interests of

25  the public and the defendants in a speedy trial.

26      The Court orders that the time from the date of the parties' stipulation, January 19, 2012,

27  to and including March 20, 2012, shall be excluded from computation of time within which the

28  trial of this case must be commenced in the Speedy Trial Act, pursuant to 18 U.S.C. §

    3161(h)(7)(A) and (B)(ii) and (iv), and Local Codes T2 (unusual and complex case) and T4

                                        4

PDF created with pdfFactory trial version www.pdffactory.com

(preparation by defense counsel).  It is further ordered that the January 24, 2012, status conference shall be continued until March 20, 2012.

IT IS SO ORDERED.

Dated: 1/20/2012                                    /s/ John A. Mendez
                                                   John A. Mendez
                                                   United States District Court Judge

PDF created with pdfFactory trial version www.pdffactory.com