1  BENJAMIN B. WAGNER
   United States Attorney
2  LEE S. BICKLEY
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2727

5

6

7             IN THE UNITED STATES DISTRICT COURT

               EASTERN DISTRICT OF CALIFORNIA
8

9

10

11 | UNITED STATES OF AMERICA,        | CASE NO. 2:11-CR-00210 JAM
12 |         Plaintiff,               | STIPULATION AND
   |                                  | PROTECTIVE ORDER RE:
13 |     v.                           | DISSEMINATION OF DISCOVERY
   |                                  | DOCUMENTS CONTAINING
14 | VERA KUZMENKO, et al.,           | PERSONAL IDENTIFYING
   |                                  | INFORMATION
15 |         Defendants,              |

16

17     IT IS HEREBY STIPULATED AND AGREED among the parties that the documents

18 provided as discovery in this case to defense counsel are subject to a Protective Order.

19 Defendants are charged with engaging in a mortgage fraud scheme.

20     The parties agree that discovery in this case contains "Protected Information," which is

21 defined here as including victim, co-defendant and witness social security numbers, driver's

22 license numbers, bank account numbers, dates of birth, addresses, telephone numbers, email

23 addresses, financial records, tax records, and immigration records. The Protective Order signed

24 in this case extends to all documents provided, including those concerning conduct not directly

25 charged in the Indictment.

26     By signing this Stipulation, defense counsel agrees that the Protected Information is being

27 entrusted to counsel only for the purposes of representing his/her respective defendant in this

28 criminal case. Further, defense counsel agrees not to share any documents that contain Protected

1  Information with anyone other than his/her designated defense investigators, experts, and support
2  staff.  Defense counsel may permit the defendants to review the Protected Information and be
3  aware of its contents, but defendants shall not be given control of the Protected Information or be
4  provided any copies of the Protected Information which has not been redacted.  Any person
5  receiving Protected Information or a copy of the Protected Information from counsel for the
6  defendants shall be bound by the same obligations as counsel and further may not give the
7  Protected Information to anyone (except that the protected documents shall be returned to
8  counsel).

9  Notwithstanding the foregoing, counsel, staff and/or the investigator for the defendant may
10 make copies of the Protected Information for trial preparation and presentation.  Any copies
11 must, however, remain in the possession of counsel, investigator, staff, expert or the Court.

12 Nothing in this Stipulation and Protective Order prevents a defense counsel or his/her
13 respective defendant from maintaining unredacted copies of records concerning that respective
14 defendant's own Protected Information.

15 In the event that the defendant substitutes counsel, undersigned defense counsel agrees to
16 withhold these documents from new counsel unless and until substituted counsel agrees also to
17 be bound by this order.

18 DATE: January 6, 2014                    BENJAMIN B. WAGNER
                                            United States Attorney
19
20                                   By:    /s/ Lee S. Bickley
                                            LEE S. BICKLEY
21                                          Assistant U.S. Attorney
22
23 DATE: January 6, 2014                    /s/ Bruce Locke
                                            BRUCE LOCKE
24                                          Attorney for Defendant Vera Kuzmenko
25
26 DATE: January 6, 2014                    /s/ Scott L. Tedmon
                                            SCOTT L. TEDMON
27                                          Attorney for Defendant Nadia Kuzmenko
28

Stipulation and Proposed Protective Order                2

| | | |
|---|---|---|
| 1 | DATE: January 6, 2014 | /s/ Hayes H. Gable, III |
| 2 | | HAYES H. GABLE, III<br>Attorney for Defendant Aaron New |
| 5 | DATE: January 6, 2014 | /s/ John R. Manning |
| 6 | | JOHN R. MANNING<br>Attorney for Defendant Edward Shevtsov |
| 8 | DATE: January 6, 2014 | /s/ Michael L. Chastaine |
| 9 | | MICHAEL L. CHASTAINE<br>Attorney for Defendant Peter Kuzmenko |
| 11 | DATE: January 6, 2014 | /s/ Michael D. Long |
| 12 | | MICHAEL D. LONG<br>Attorney for Defendant Sergey Blizenko |
| 14 | DATE: January 6, 2014 | /s/ Gary A. Talesfore |
| 15 | | GARY A. TALESFORE<br>Attorney for Defendant Vanik Atoyan |
| 17 | DATE: January 6, 2014 | /s/ Candace A. Fry |
| 18 | | CANDACE A. FRY<br>Attorney for Defendant Leah Isom |
| 20 | DATE: January 6, 2014 | /s/ Eduardo G. Roy |
| 21 | | EDUARDO G. ROY<br>Attorney for Defendant Rachel Siders |

IT IS SO ORDERED.

Dated:  January 6, 2014

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

Dad1.crim
Kuzmenko0210.stip.protord

Stipulation and Proposed Protective Order

3

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Stipulation and Proposed Protective Order 4