BENJAMIN B. WAGNER
United States Attorney
LEE S. BICKLEY
MICHAEL D. ANDERSON
Assistant United States Attorneys
DAVID J. WARD
Special Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

**FILED**

JAN 21 2015

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

Attorneys for Plaintiff
United States of America

## IN THE UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

                              Plaintiff,

                    v.

VERA KUZMENKO, ET AL.

                              Defendants.

CASE NO.  2:11-CR-210 JAM

**ORDER PURSUANT TO
18 U.S.C. §§ 6002-6003 GRANTING IMMUNITY
AND REQUIRING TESTIMONY – LISA
KOSMAK**

        NOW, THEREFORE, IT IS ORDERED pursuant to 18 U.S.C. § 6002 that Lisa Kosmak give

testimony or provide other information which she refuses to give or to provide information with respect

to her knowledge concerning loan applications submitted to lending institutions and the sale of her

residences in connection with the charged fraud scheme in the above-referenced case, in this case on the

basis of his privilege against self-incrimination as to all matters about which she may be asked to testify

in this trial.

        IT IS FURTHER ORDERED that no testimony or other information compelled under this order,

or any information directly or indirectly derived from such testimony or other information, shall be used

against Lisa Kosmak in any criminal case, except that Lisa Kosmak shall not be exempted by this order

Order re: Immunity and Requiring Testimony                    1

1   from prosecution for perjury, giving a false statement pursuant to this order, or otherwise failing to

2   comply with this order, and that immunity granted herein is co-extensive with 18 U.S.C. § 6002.

3   IT IS SO ORDERED.

4   DATED: _____January 21_____, 2015

6   HON. JOHN A. MENDEZ
7   United States District Judge

Order re: Immunity and Requiring Testimony          2

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**<u>EXHIBIT A</u>**



**U.S. Department of Justice**

Criminal Division

---

*Assistant Attorney General*                                   *Washington, D.C. 20530*

JAN 09 2015

The Honorable Benjamin B. Wagner
United States Attorney
Eastern District of California
501 I Street, Suite 10-100
Sacramento, California  95814

Attention:    David J. Ward, Lee Bickley, and Michael D. Anderson
              Assistant U.S. Attorneys

Re: *United States v. Vera Kuzmenko, et al.*

Dear Mr. Wagner:

Pursuant to the authority vested in me by 18 U.S.C. § 6003(b) and 28 C.F.R. § 0.175(a), I hereby approve your request for authority to apply to the United States District Court for the Eastern District of California for an order, pursuant to 18 U.S.C. §§ 6002-6003, requiring Lisa Kosmak to give testimony or provide information in the above matter and in any further proceedings resulting therefrom or ancillary thereto.

Sincerely,

Leslie R. Caldwell
Assistant Attorney General

PAUL M O'BRIEN
DEPUTY ASSISTANT ATTORNEY GENERAL
CRIMINAL DIVISION