

1  BENJAMIN B. WAGNER
   United States Attorney
2  LEE S. BICKLEY
   MICHAEL D. ANDERSON
3  Assistant United States Attorneys
   DAVID J. WARD
4  Special Assistant United States Attorney
   501 I Street, Suite 10-100
5  Sacramento, CA 95814
   Telephone: (916) 554-2700
6  Facsimile:  (916) 554-2900

7  Attorneys for Plaintiff
   United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:11-CR-210 JAM |
|---|---|
| Plaintiff, | **ORDER PURSUANT TO 18 U.S.C. §§ 6002-6003 GRANTING IMMUNITY AND REQUIRING TESTIMONY – MARK BONDARUK** |
| v. | |
| VERA KUZMENKO, ET AL. | |
| Defendants. | |

NOW, THEREFORE, IT IS ORDERED pursuant to 18 U.S.C. § 6002 that Mark Bondaruk give testimony or provide other information which he refuses to give or to provide information with respect to his knowledge concerning loan applications submitted to lending institutions and the sale of his residence in connection with the charged fraud scheme in the above-referenced case, in this case on the basis of his privilege against self-incrimination as to all matters about which he may be asked to testify in this trial.

IT IS FURTHER ORDERED that no testimony or other information compelled under this order, or any information directly or indirectly derived from such testimony or other information, shall be used against Mark Bondaruk in any criminal case, except that Mark Bondaruk shall not be exempted by this

Order re: Immunity and Requiring Testimony      1

1 order from prosecution for perjury, giving a false statement pursuant to this order, or otherwise failing to
2 comply with this order, and that immunity granted herein is co-extensive with 18 U.S.C. § 6002.

IT IS SO ORDERED.

DATED: January 29, 2015

HON. JOHN A. MENDEZ
United States District Judge

Order re: Immunity and Requiring Testimony        2

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**<u>EXHIBIT A</u>**



**U.S. Department of Justice**

Criminal Division

---

*Assistant Attorney General*     *Washington, D.C. 20530*

JAN 09 2015

The Honorable Benjamin B. Wagner
United States Attorney
Eastern District of California
501 I Street, Suite 10-100
Sacramento, California 95814

Attention:   David J. Ward, Lee Bickley, and Michael D. Anderson
             Assistant U.S. Attorneys

Re: *United States v. Vera Kuzmenko, et al.*

Dear Mr. Wagner:

    Pursuant to the authority vested in me by 18 U.S.C. § 6003(b) and 28 C.F.R. § 0.175(a), I hereby approve your request for authority to apply to the United States District Court for the Eastern District of California for an order, pursuant to 18 U.S.C. §§ 6002-6003, requiring Mark Bondaruk to give testimony or provide information in the above matter and in any further proceedings resulting therefrom or ancillary thereto.

                            Sincerely,

                            Leslie R. Caldwell
                            Assistant Attorney General

                            PAUL M O'BRIEN
                            DEPUTY ASSISTANT ATTORNEY GENERAL
                            CRIMINAL DIVISION