1 BENJAMIN B. WAGNER
United States Attorney
2 LEE S. BICKLEY
MICHAEL D. ANDERSON
3 Assistant United States Attorneys
DAVID J. WARD
4 Special Assistant United States Attorney
501 I Street, Suite 10-100
5 Sacramento, CA 95814
Telephone: (916) 554-2700
6 Facsimile: (916) 554-2900

7 Attorneys for Plaintiff
United States of America

8

**FILED**

**NOV 9 2015**

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
                    DEPUTY CLERK

9                    IN THE UNITED STATES DISTRICT COURT

10                      EASTERN DISTRICT OF CALIFORNIA

11

12 UNITED STATES OF AMERICA,            CASE NO. 2:11-CR-210 JAM

13                    Plaintiff,        **ORDER PURSUANT TO**
                                        **18 U.S.C. §§ 6002-6003 GRANTING IMMUNITY**
14                    v.                **AND REQUIRING TESTIMONY – LISA**
                                        **KOSMAK**
15 VERA KUZMENKO, ET AL.

16                    Defendants.

17

18

19       NOW, THEREFORE, IT IS ORDERED pursuant to 18 U.S.C. § 6002 that Lisa Kosmak give

20 testimony or provide other information which she refuses to give or to provide information with respect

21 to her knowledge concerning loan applications submitted to lending institutions and the sale of her

22 residences in connection with the charged fraud scheme in the above-referenced case, in this case on the

23 basis of her privilege against self-incrimination as to all matters about which she may be asked to testify

24 in this trial.

25       IT IS FURTHER ORDERED that no testimony or other information compelled under this order,

26 or any information directly or indirectly derived from such testimony or other information, shall be used

27 against Lisa Kosmak in any criminal case, except that Lisa Kosmak shall not be exempted by this order

28

Order re: Immunity and Requiring Testimony            1

1  from prosecution for perjury, giving a false statement pursuant to this order, or otherwise failing to

2  comply with this order, and that immunity granted herein is co-extensive with 18 U.S.C. § 6002.

3  IT IS SO ORDERED.

4  DATED: _November 9_____, 2015

5

6  HON. JOHN A. MENDEZ
   United States District Judge

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Order re: Immunity and Requiring Testimony            2

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**EXHIBIT A**



**U.S. Department of Justice**

Criminal Division

---

*Assistant Attorney General*                     *Washington, D.C. 20530*


JAN 09 2015


The Honorable Benjamin B. Wagner
United States Attorney
Eastern District of California
501 I Street, Suite 10-100
Sacramento, California  95814

Attention:    David J. Ward, Lee Bickley, and Michael D. Anderson
              Assistant U.S. Attorneys

Re: *United States v. Vera Kuzmenko, et al.*

Dear Mr. Wagner:

        Pursuant to the authority vested in me by 18 U.S.C. § 6003(b) and 28 C.F.R. § 0.175(a), I
hereby approve your request for authority to apply to the United States District Court for the
Eastern District of California for an order, pursuant to 18 U.S.C. §§ 6002-6003, requiring Lisa
Kosmak to give testimony or provide information in the above matter and in any further
proceedings resulting therefrom or ancillary thereto.


                            Sincerely,


                            Leslie R. Caldwell
                            Assistant Attorney General


**PAUL M  O'BRIEN**
**DEPUTY ASSISTANT ATTORNEY GENERAL**
**CRIMINAL DIVISION**

BENJAMIN B. WAGNER
United States Attorney
LEE S. BICKLEY
MICHAEL D. ANDERSON
Assistant United States Attorneys
DAVID J. WARD
Special Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:11-CR-210 JAM |
|---|---|
| Plaintiff, | **UNITED STATES'S MOTION FOR ORDER PURSUANT TO 18 U.S.C. §§ 6002-6003 GRANTING IMMUNITY AND REQUIRING TESTIMONY – LISA KOSMAK** |
| v. | |
| VERA KUZMENKO, et al. | Date:   November 2, 2015 |
| Defendants. | Time:   9:30 a.m. |
| | Judge:  Hon. John A. Mendez |
| | Place:  Courtroom 6, 14th Floor |

The United States of America hereby moves this Honorable Court for an order compelling Lisa

Kosmak to testify and produce evidence pursuant to the provisions of Title 18, United States Code,

Section 6001, *et. seq.*, and respectfully represents as follows:

1.      Lisa Kosmak has been subpoenaed to testify at trial in this matter by the United States;

2.      Lisa Kosmak refuses to testify with respect to her knowledge concerning loan

applications submitted to lending institutions and the sale of her residence in connection with the

charged fraud scheme in the above-referenced case by invoking her constitutional privilege against self-

incrimination;

1  3.   In the judgment of Benjamin B. Wagner, United States Attorney, the testimony of Lisa

2  Kosmak is necessary to the public interest; and

3  4.   Paul M. O'Brien, a Deputy Assistant Attorney General, has approved this application for

4  an order instructing Lisa Kosmak to testify pursuant to 18 U.S.C. § 6003 and 28 C.F.R. § 0.175(a).

5  WHEREFORE, pursuant to the provisions of 18 U.S.C. §§ 6001, *et seq.*, the United States of

6  America requests that the Court order Lisa Kosmak to give testimony and produce all evidence relating

7  to all matters within her knowledge about which she may be asked to testify with respect to her

8  knowledge concerning loan applications submitted to lending institutions and the sale of her residence in

9  connection with  the charged fraud scheme in the above-referenced case,

10  In support of this motion, the United States of America submits herewith the attached

11  Memorandum of Points and Authorities and the Declaration of Special Assistant U.S. Attorney David J.

12  Ward.

13  ## I.   I. POINTS AND AUTHORITIES

14  The immunity provisions of Title 18, United States Code, Section 6002, *et seq.*, provide in

15  pertinent part as follows:

16  Section 6002

17  Whenever a witness refuses, on the basis of his privilege against self-
incrimination, to testify or provide other information in a proceeding
18  before or ancillary to--

19  (1) a court or grand jury of the United States,

20  * * *

21  and the person presiding over the proceeding communicates to the witness
an order issued under this title, the witness may not refuse to comply with
22  the order on the basis of his privilege against self-incrimination; but no
testimony or other information compelled under the order (or any
23  information directly or indirectly derived from such testimony or other
information) may be used against the witness in any criminal case, except
24  a prosecution for perjury, giving a false statement, or otherwise failing to
comply with the order.

25  18 U.S.C. § 6002.

26  Section 6003

27  In the case of any individual who has been or may be called to testify or
provide other information at any proceeding before or ancillary to a court
28
USA Mot. for Immunity and Requiring Testimony          2

1    of the United States or a grand jury of the United States, the United States
     district court for the judicial district in which the proceeding is or may be

2    held shall issue, in accordance with subsection (b) of this section, upon the
     request of the United States attorney for such district, an order requiring

3    such individual to give testimony or provide other information which he
     refuses to give or provide on the basis of his privilege against self-

4    incrimination, such order to become effective as provided in section 6002
     of this title.

5

6    (b) A United States Attorney may, with the approval of the Attorney
     General, the Deputy Attorney General, the Associate Attorney General, or
     any designated Assistant Attorney General or Deputy Assistant Attorney

7    General, request an order under subsection (a) of this section when in his
     judgment--

8

9    (1) the testimony or other information from such individual may
     be necessary to the public interest; and

10   (2) such individual has refused or is likely to refuse to testify or
     provide other information on the basis of his privilege against self-

11   incrimination.

12

     18 U.S.C. § 6203. The aforesaid statute is valid and constitutional, and orders issued pursuant thereto

13

     are likewise valid. *United States v. Kastigar*, 406 U.S. 441 (1972).

14

                                              Respectfully submitted,

15   Dated: __Nov. 9_____, 2015          BENJAMIN B. WAGNER

16                                            United States Attorney

17

                                              LEE S. BICKLEY

18                                            MICHAEL D. ANDERSON

19                                            Assistant United States Attorneys
                                              DAVID J. WARD

20                                            Special Assistant United States Attorney

21

22

23

24

25

26

27

28
     USA Mot. for Immunity and Requiring Testimony          3

1  BENJAMIN B. WAGNER
   United States Attorney
2  LEE S. BICKLEY
   MICHAEL D. ANDERSON
3  Assistant United States Attorneys
   DAVID J. WARD
4  Special Assistant United States Attorney
   501 I Street, Suite 10-100
5  Sacramento, CA 95814
   Telephone: (916) 554-2700
6  Facsimile: (916) 554-2900

7  Attorneys for Plaintiff
   United States of America

8

9              IN THE UNITED STATES DISTRICT COURT

10                EASTERN DISTRICT OF CALIFORNIA

11

12  UNITED STATES OF AMERICA,              CASE NO. 2:11-CR-210 JAM

13                    Plaintiff,           DECLARATION OF DAVID J. WARD RE:
                                           MOTION FOR ORDER PURSUANT TO
14            v.                           18 U.S.C. §§ 6002-6003 GRANTING IMMUNITY
                                           AND REQUIRING TESTIMONY – LISA
15  VERA KUZMENKO ET AL.,                  KOSMAK

16                    Defendants.

17

18      I, David J. Ward, declare as follows:

19      1.      I am a Special Assistant United States Attorney for the Eastern District of California.

20      2.      I have advised United States Attorney Benjamin B. Wagner, or a person delegated with

21  his authority, that Lisa Kosmak will be called to testify at trial in this matter.

22      3.      I have presented the facts of the trial proceedings to Mr. Wagner or his designee, and in

23  his judgment it is likely that Lisa Kosmak may refuse to testify at trial, and her testimony is necessary to

24  the public interest.

25      4.      An authorized Deputy Assistant Attorney General of the United States has approved the

26  Application for an Order instructing witness Lisa Kosmak to testify under the provisions of 18 U.S.C.

27  § 6003 and 28 C.F.R. § 0.175(a). A copy of the letter from Paul M. O'Brien, Deputy Assistant Attorney

28
    Declaration of David J. Ward re: USA Mot. for              1
    Immunity and Requiring Testimony

1  General, Criminal Division, Department of Justice, expressing said approval is attached hereto as

2  Exhibit "A."

3        I declare under penalty of perjury that the foregoing is true and correct.  Executed this day,

4  November 9, 2015, in Sacramento, California.

DAVID J. WARD
Special Assistant United States Attorney