BENJAMIN B. WAGNER
United States Attorney
LEE S. BICKLEY
MICHAEL D. ANDERSON
Assistant United States Attorneys
DAVID J. WARD
Special Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> VERA KUZMENKO, ET AL. <br><br> Defendants. | CASE NO. 2:11-CR-210 JAM <br><br> **ORDER PURSUANT TO 18 U.S.C. §§ 6002-6003 GRANTING IMMUNITY AND REQUIRING TESTIMONY – LORENA LONGO LONGO (A/K/A LORENA BARBOSA, A/K/A NINA BARBOSA)** |

NOW, THEREFORE, IT IS ORDERED pursuant to 18 U.S.C. § 6002 that Lorena Longo (a/k/a Lorena Barbosa; a/k/a Nina Barbosa) give testimony or provide other information which she refuses to give or to provide information with respect to her knowledge concerning the purchase of homes and loan applications submitted to lending institutions in connection with the charged fraud scheme in the above-referenced case, in this case on the basis of her privilege against self-incrimination as to all matters about which she may be asked to testify in this trial.

IT IS FURTHER ORDERED that no testimony or other information compelled under this order, or any information directly or indirectly derived from such testimony or other information, shall be used against Lorena Longo in any criminal case, except that Lorena Longo shall not be exempted by this

Order re: Immunity and Requiring Testimony                1

1  order from prosecution for perjury, giving a false statement pursuant to this order, or otherwise failing to
2  comply with this order, and that immunity granted herein is co-extensive with 18 U.S.C. § 6002.

IT IS SO ORDERED.

DATED: __November 18__, 2015

HON. JOHN A. MENDEZ
United States District Judge

Order re: Immunity and Requiring Testimony                    2