CJA 7 (Rev. 9/05)

**FILED**

MAR 16 2016

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

LOCATION CODE    CAED

Docket No.    2:11-cr-00210

U.S.    VS.    Nadia Kuzmenko

**ORDER TERMINATING APPOINTMENT OF COUNSEL**
and/or
**AUTHORIZATION FOR DISTRIBUTION OF AVAILABLE PRIVATE FUNDS**

Check one or both
☐
☒

WHEREAS, ____Scott Tedmon____ was appointed as counsel for the above defendant/petitioner, on the __30th__ day of __August__, 20 __11__; and

WHEREAS, the court finds that funds are available from or on behalf of the above named defendant/petitioner for payment of compensation and expenses of court-appointed counsel and/or for other services necessary for adequate representation, and that the above defendant/petitioner is therefore financially able to obtain counsel or to make partial payment for representation, and/or for other services necessary for adequate representation;

IT IS THEREFORE:

Check one or both

☐ ORDERED that the appointment of said counsel is hereby terminated.

☒ AUTHORIZED/DIRECTED that such funds in the amount of $ ____$164,315.55____ be paid by said defendant/petitioner or by _____ as follows:

*(enter specific terms of repayment, i.e., date due if lump-sum payment; schedule and amounts of each payment if installment payment.)*

The defendant is directed to make payment to Connie Farnsworth, Office of the Federal Defender, 801 I Street, 3rd Floor, Sacramento, CA 95814 for deposit in the Treasury as a reimbursement to the Criminal Justice Act appropriation. The checks should be made payable to the Clerk of Court - CAED. Payment of the total amount shall be made in equal quarterly installments, i.e., 12 payments of $13,692.96 over a period of 36 months to commence 60 days after the date of this Order. Interest is waived.

Dated this __16th__ day of __March__, 20 __16__.

_____
United States Judge/Magistrate

**DISTRIBUTION:**    **COURT'S FILE**    **COURT APPOINTED COUNSEL**    **PERSON REPRESENTED**    **CLERK'S FILE**