Vicki Marolt Buchanan.
State Bar No. 153318
19201 Sonoma Highway, No. 243
Sonoma, California 92660
Telephone: (707) 343-1907
vickimaroltbuchananpc@gmail.com

Attorney for Defendant/Appellant
NADIA KUZMENKO, aka NADIA REYES

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br><br>NADIA KUZMENKO,<br>　　　　Defendant | Case No.: 2:11-CR-0210-JAM<br><br>ORDER CONTINUING HEARING ON MOTION FOR RECONSIDERATION |

FOR GOOD CAUSE APPEARING, it is hereby ordered that the stipulation between the plaintiff, United States of America, and defendant, Nadia Kuzmenko, that the hearing on defendant's motion to reconsider this Court's order directing repayment of court-appointed attorney fees set for April 12, 2016 be continued to April 19, 2016 at 9:15 a.m.

The response and reply times in this Court's minute order (Doc. 811) remain unchanged.

IT IS SO ORDERED.

Dated: 3/23/2016            /s/ John A. Mendez_____
　　　　　　　　　　　　　HONORABLE JOHN A. MENDEZ
　　　　　　　　　　　　　United States District Court Judge