BENJAMIN B. WAGNER
United States Attorney
LEE S. BICKLEY
MICHAEL D. ANDERSON
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:11-CR-210 JAM |
|---|---|
| Plaintiff, | STIPULATION REGARDING DEFENDANT'S MOTION FOR RELEASE ON BAIL PENDING APPEAL |
| v. | |
| NADIA KUZMENKO, | DATE: April 19, 2016 |
| Defendant. | TIME: 9:15 a.m. |
| | COURT: Hon. John A. Mendez |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. On March 28, 2016, the defendant filed a motion for release on bail pending appeal and noticed a hearing date of April 19, 2016. The United States' opposition to this motion is currently due on April 4, 2016, seven days after March 28, 2016. The defendant's reply is due on April 7, 2016.

2. By this stipulation, the United States requests an extension in the time for it to file its opposition.

3. The parties agree and stipulate, and request that the Court find the following:

   a) The United States will file and serve its opposition to defendant's motion for release on bail pending appeal by April 13, 2016.

   b) The defendant will file and serve her reply on April 18, 2016.

   c) The April 19, 2016 hearing date on the motion is vacated and continued to April 26, 2016.

   d) The hearing date on the defendant's Ex Parte Motion for Reconsideration currently set for April 19, 2016 is vacated and continued to April 26, 2016 so both motions can be heard at the same time.

IT IS SO STIPULATED.

Dated: March 30, 2016      BENJAMIN B. WAGNER
              United States Attorney

              /s/ LEE S. BICKLEY
              LEE S. BICKLEY
              Assistant United States Attorney

Dated: March 30, 2016      /s/ VICKI MAROLT BUCHANAN
              VICKI MAROLT BUCHANAN
              Counsel for Defendant
              NADIA KUZMENKO

## FINDINGS AND ORDER

IT IS SO FOUND AND ORDERED this 30th day of March, 2016.

              /s/ John A. Mendez
              THE HONORABLE JOHN A. MENDEZ
              UNITED STATES DISTRICT COURT JUDGE