Vicki Marolt Buchanan.
State Bar No. 153318
19201 Sonoma Highway, No. 243
Sonoma, California 92660
Telephone: (707) 343-1907
vickimaroltbuchananpc@gmail.com

Attorney for Defendant/Appellant
NADIA KUZMENKO, aka NADIA REYES

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>   v.<br><br>NADIA KUZMENKO,<br>      Defendant | Case No.: 2:11-CR-0210-JAM<br><br>[~~PROPOSED~~] ORDER SEALING DOCUMENTS |

   FOR GOOD CAUSE APPEARING, it is hereby ordered that Document Nos. 810, 810-1 and 828, 828-1, 828-2, and 828-3, previously filed on behalf of Nadia Kuzmenko, be sealed.

   IT IS SO ORDERED.

Dated: __4-6-2016__          _____/s/ John A. Mendez_____
                             HONORABLE JOHN A. MENDEZ
                             United States District Judge

[PROPOSED] SEALING DOCUMENTS - 1