UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES,<br><br>    Plaintiff,<br><br>  v.<br><br>NADIA KUZMENKO, et al.,<br><br>    Defendants. | No.  2:11-cr-210-JAM<br><br>**ORDER GRANTING DEFENDANT'S MOTION FOR RELEASE PENDING APPEAL** |

On September 1, 2017, Defendant Nadia Kuzmenko filed a Motion for Release Pending Appeal based on the Ninth Circuit's decision in <u>United States v. Lindsey</u>, 850 F.3d 1009 (9th Cir. 2017), and the recent reversal in <u>United States v. Green</u>, No. 15-10554, 2017 WL 2703804 (9th Cir. June 22, 2017).  ECF No. 911. The Government does not oppose the motion.  ECF No. 915.  In light of the Government's non-opposition, the Court grants Defendant's motion.  Nadia Kuzmenko is to be brought forthwith before a Magistrate Judge of this Court for a hearing to determine the terms and conditions of release pending appeal.

    IT IS SO ORDERED.

Dated: September 11, 2017

_____
JOHN A. MENDEZ,
UNITED STATES DISTRICT JUDGE

1