UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

FILED
October 12, 2017
CLERK, US DSITRICT COURT
EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

v.

NADIA KUZMENKO,

Defendant.

Case No. 2:11-cr-00210-JAM

**ORDER FOR RELEASE OF PERSON IN CUSTODY**

TO: UNITED STATES MARSHAL:

This is to authorize and direct you to release NADIA KUZMENKO, Case No. 2:11-cr-00210-JAM, from custody for the following reasons:

___ Release on Personal Recognizance

X Bail Posted in the Sum of $ 250,000 property bond – secured by equity in properties owned by Matthew Reyes and Nikolai Kuzmenko.

___ Unsecured Appearance Bond $ _____

___ Appearance Bond with 10% Deposit

___ Appearance Bond with Surety

___ Corporate Surety Bail Bond

___ (Other): Pretrial Services conditions of supervision.

Issued at Sacramento, California on October 12, 2017 at 10:48 am

By: _____
Magistrate Judge Carolyn K. Delaney