Vicki Marolt Buchanan.
State Bar No. 153318
19201 Sonoma Highway, No. 243
Sonoma, California 92660
Telephone: (707) 343-1907
vickimaroltbuchananpc@gmail.com

Attorney for Defendant/Appellant
NADIA KUZMENKO, aka NADIA REYES

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>NADIA KUZMENKO,<br>    Defendant | Case No.: 2:11-CR-0210-JAM<br><br>ORDER REGARDING SURRENDER DATE |

FOR GOOD CAUSE APPEARING, it is hereby ordered that the defendant Nadia Kuzmenko having been sentenced to the custody of the Bureau of Prisons, shall surrender to the institution designated by the Bureau of Prisons, or if no such institution has been designated, to the United States Marshal in Sacramento, California or Colorado Springs, Colorado before 2 p.m. June 29, 2020. The defendant is further advised it is a criminal offense punishable by a consecutive term of imprisonment to fail to surrender for service of sentence pursuant to the order of this Court. All current conditions of release shall remain in effect until the defendant surrenders in accordance with this order.

The Court is aware that the defendant filed a Petition for Writ of Certiorari at the United States Supreme Court which may be decided as early as May 13, 2020. In the event the Petition is granted or pending on May 28, 2020, the parties may reassess the surrender date at that time.

IT IS SO ORDERED.

Dated: 3/31/2020         /s/ John A. Mendez
                         HONORABLE JOHN A. MENDEZ
                         United States District Court Judge