Vicki Marolt Buchanan.
State Bar No. 153318
19201 Sonoma Highway, No. 243
Sonoma, California 95476
Telephone: (707) 343-1907
vickimaroltbuchananpc@gmail.com

Attorney for Defendant/Appellant
NADIA KUZMENKO, aka NADIA REYES

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br> v.<br><br>NADIA KUZMENKO,<br>    Defendant | Case No.: 2:11-CR-0210-JAM<br><br>ORDER SEALING DOCUMENTS |

  FOR GOOD CAUSE APPEARING, it is hereby ordered that Exhibits I and Exhibit J to Notice of Request to Seal Documents be sealed.

  IT IS SO ORDERED.

DATED: March 15, 2021   /s/ John A. Mendez
              THE HONORABLE JOHN A. MENDEZ
              UNITED STATES DISTRICT COURT JUDGE