PHILLIP A. TALBERT
Acting United States Attorney
LEE S. BICKLEY
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:11-CR-00210-JAM |
|---|---|
| Plaintiff, | STIPULATION REGARDING SCHEDULE FOR DEFENDANT'S MOTION TO REDUCE SENTENCE UNDER 18 U.S.C. § 3582(c)(1)(A); ORDER |
| v. | |
| NADIA KUZMENKO, | |
| Defendant. | |

**STIPULATION**

Plaintiff United States of America (the "government"), by and through its counsel of record, and the defendant, by and through her counsel of record, hereby stipulate as follows:

1. The defendant filed a motion for compassionate release on March 15, 2021. Docket No. 1089. Pursuant to Local Rule, the government's response is due on March 22, 2021, with any reply from the defendant due on March 25, 2021.

2. Counsel for the government requests additional time to obtain relevant records and draft the government's response to the defendant's motion. The defendant does not oppose the government's request.

3. Accordingly, by this stipulation, the parties jointly request that the Court set the briefing schedule on the defendant's motion as follows:

   a) The government's response to the defendant's motion to be filed on or before March 30, 2021;

      b)     The defendant's reply to the government's response to be filed on or before April 7, 2021.

IT IS SO STIPULATED.

Dated:  March 15, 2021                   PHILLIP A. TALBERT
                                               Acting United States Attorney

                                               /s/ LEE S. BICKLEY
                                               LEE S. BICKLEY
                                               Assistant United States Attorney

Dated:  March 15, 2021                   /s/ VICKI BUCHANAN
                                               VICKI BUCHANAN
                                               Counsel for Defendant
                                               NADIA KUZMENKO

**ORDER**

Based upon the stipulation and representations of the parties, the Court adopts the following as a revised briefing schedule regarding the defendant's motion for sentence reduction:

a)     The government's response to the defendant's motion, Docket No. 1089, is due on or before March 30, 2021;

b)     The defendant's reply to the government's response, if any, is due on April 7, 2021.

IT IS SO FOUND AND ORDERED this 16th day of March, 2021.

                                               /s/ John A. Mendez
                                               THE HONORABLE JOHN A. MENDEZ
                                               UNITED STATES DISTRICT COURT JUDGE