Vicki Marolt Buchanan.
State Bar No. 153318
19201 Sonoma Highway, No. 243
Sonoma, California 92660
Telephone: (707) 343-1907
vickimaroltbuchananpc@gmail.com

Attorney for Defendant/Appellant
NADIA KUZMENKO aka NADIA REYES

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>NADIA KUZMENKO,<br>　　　　Defendant | Case No.: 2:11-CR-0210-JAM<br><br>ORDER REGARDING SURRENDER DATE |

FOR GOOD CAUSE APPEARING, it is hereby ordered that the defendant Nadia Kuzmenko having been sentenced to the custody of the Bureau of Prisons, shall surrender to the institution designated by the Bureau of Prisons, or if no such institution has been designated, to the United States Marshal in Sacramento, California or Colorado Springs, Colorado before 2 p.m. June 14, 2021. The defendant is further advised it is a criminal offense punishable by a consecutive term of imprisonment to fail to surrender for service of sentence pursuant to the order of this Court. All current conditions of release shall remain in effect until the defendant surrenders in accordance with this order.

IT IS SO ORDERED.

DATED: April 12, 2021　　　　/s/ John A. Mendez
　　　　　　　　　　　　　　　THE HONORABLE JOHN A. MENDEZ
　　　　　　　　　　　　　　　UNITED STATES DISTRICT COURT JUDGE