Vicki Marolt Buchanan.
State Bar No. 153318
19201 Sonoma Highway, No. 243
Sonoma, California 92660
Telephone: (707) 343-1907
vickimaroltbuchananpc@gmail.com

Attorney for Defendant/Appellant
NADIA KUZMENKO aka NADIA REYES

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br><br>NADIA KUZMENKO,<br>　　　　Defendant | Case No.: 2:11-CR-0210-JAM<br><br>ORDER EXONERATING APPEARANCE BOND AND RECONVEYING REAL PROPERTY |

　　　FOR GOOD CAUSE APPEARING, it is hereby ordered that the Appearance Bond in the amount of $250,000, dated October 17, 2017, at Docket No. 933, is exonerated.

　　　IT IS FURTHER ORDERED that the Clerk of the District Court reconvey the real property posted by Matthew Reyes and Nikolai Kuzmenko as soon as practicable.

　　　IT IS SO ORDERED.


DATED:  June 15, 2021　　　　　/s/ John A. Mendez
　　　　　　　　　　　　　　　THE HONORABLE JOHN A. MENDEZ
　　　　　　　　　　　　　　　UNITED STATES DISTRICT COURT JUDGE